IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

           Plaintiff,

-vs-                                             Criminal Action No.
                                                    21-06005-02-CR-SJ-DGK

RODERICK A. HUGHES,

           Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | | |
|---|---|---|
| Count One | Conspiracy to Distribute One Kilogram or more of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 846 |
| Count Five | Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| Count Six | Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) |
| Count Seven | Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |

**TRIAL COUNSEL**:
    Government: Byron Black
        Case Agent: DEA Task Force Officer Jeffrey Roberts
    Defendant: Lance Haley

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: The Government plans to file a 404(b) motion and a notice of intent to impeach.

**TRIAL WITNESSES**:
    Government: 12 with stipulations; 20 without stipulations
    Defendant: no additional witnesses; Defendant will not testify

**TRIAL EXHIBITS**:
    Government: 40 exhibits
    Defendant Hughes: No additional exhibits

**DEFENSES**:
      ( x )    defense of general denial
      (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      ( x ) Definitely for trial               (  ) Possibly for trial
      (  ) Motion to continue to be filed    (  ) Likely a plea will be worked out

**TRIAL TIME**:      **3 days**
      Government's case including jury selection: 2 ½ days
      Defense case: ½ day

**STIPULATIONS**:
      (  )    not likely
      (  )    not appropriate
      ( x )    possible as to:
           ( x )    chain of custody
           ( x )    chemist's reports
           (  )    prior felony conviction
           ( x )    interstate nexus of firearm
           ( x )    firearm function

**UNUSUAL QUESTIONS OF LAW**:      None


**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government:    May 23, 2022
      Defense:        May 23, 2022
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**:    May 23, 2022
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**:    May 23, 2022


**TRIAL SETTING**: Criminal jury trial docket commencing June 6, 2022
      **Please note**:
      *Defense counsel has a conflict on June 6, 2022, but is available the rest of the docket. He has one other case on the June docket: USA v. Izeall Collins, 19-00105-01-CR-W-DGK.*

      *Government counsel also the following cases on the June docket: USA v. Michael Baldwin, 19-00403-04-CR-W-DGK and USA v. Eddy Malotte, 20-00337-01-CR-W-BP.*

*Both parties are available the week of June 21, 2022.*

**OTHER**:
    (  )    A _____-speaking interpreter is required.
    (  )    Other assistive devices: _____

**IT IS SO ORDERED.**

                                                              */s/ Jill A. Morris*
                                                              JILL A. MORRIS
                                                              United States Magistrate Judge